UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-879-MOC

| | |
|---|---|
| DARIENNE LANCE, ) <br> ) <br> Plaintiff, pro se, ) <br> ) <br> vs. ) <br> ) <br> ) <br> THE SALVATION CENTER OF HOPE, ) <br> ) <br> Defendant. ) <br> _____) | **ORDER** |

**THIS MATTER** is before the Court on its own motion following Plaintiff's failure to file an Amended Complaint within the deadline set by this Court's Order dated January 18, 2024, in which the Court stated:

> **Plaintiff shall have thirty days in which to amend his complaint to clarify his legal claims. If Plaintiff does not submit an amended complaint within thirty days of entry of this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff**.

(Doc. No. 4). More than thirty days has passed since the Court entered its Order dated January 18, 2024, and Plaintiff has still not filed an Amended Complaint. Therefore, this action is **DISMISSED** without prejudice.

    **IT IS SO ORDERED**.

Max O. Cogburn Jr.
United States District Judge